

Villanova University School of Law

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-8-2007

# USA v. Manzella

Precedential or Non-Precedential: Precedential

Docket No. 06-3434

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Manzella" (2007). *2007 Decisions.* Paper 1547.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1547

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  06-3434

_____

UNITED STATES OF AMERICA

v.

VALERIE MANZELLA,

Appellant

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 05-cr-00289)
District Judge: Honorable Arthur J. Schwab

_____

Argued December 5, 2006

Before: RENDELL and AMBRO, <u>Circuit Judges</u>
BAYLSON,[*] <u>District Judge</u>

(Opinion filed February 2, 2007)

Lisa B. Freeland
    Federal Public Defender
Kimberly R. Brunson, Esquire (Argued)
Office of Federal Public Defender
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA   15222

_____

[*]Honorable Michael M. Baylson, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

Counsel for Appellant

Mary Beth Buchanan
  United States Attorney
Robert L. Eberhardt, Esquire (Argued)
Kelly R. Labby, Esquire
Office of United States Attorney
700 Grant Street
Suite 4000
Pittsburgh, PA  15219

Counsel for Appellee

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed February 2, 2007, be amended as follows:

On page 10, Section II, fifth line down, add an "*s*" to "*United State*", so the cite reads "*United States v. Howerter*".

On page 15, the last sentence of the only full paragraph, delete the letter "s" in the word "programs", so the phrase reads, "a rehabilitative program is a practice Congress was unwilling to endorse.".

On page 23, the first sentence of subsection B, delete the word "Additionally" and the comma, and then capitalize the word "We", such that it begins the sentence.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:    February 8, 2007